# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA

v.      Crim. No. 5:14-CR-122-1FL

JUNELLE GIST WASHINGTON

On August 28, 2013, the above named was placed on probation for a period of 36 months. The offender has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

Reviewed and approved,      I declare under penalty of perjury that the foregoing is true and correct.

/s/ Jeffrey L. Keller      /s/ Scott Plaster
Jeffrey L. Keller      Scott Plaster
Supervising U.S. Probation Officer      U.S. Probation Officer
     310 New Bern Avenue, Room 610
     Raleigh, NC 27601-1441
     Phone: 919-861-8808
     Executed On: May 6, 2016

## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this __10th__ day of __May__, 2016.

_____
Louise W. Flanagan
U.S. District Judge